## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF SIAVASH BAYANI, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE ISLAMIC REPUBLIC OF IRAN, et al.,**<br>**Defendants.** | **Civil Action 04-01712 (HHK)** |

### ORDER

Plaintiffs, having established their claim of right to relief in this action by evidence that is satisfactory to the court, as required by 28 U.S.C. § 1608(e), it is this 28th day of December, 2007, hereby

**ORDERED** that judgment is entered in favor of plaintiffs and against the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, and the Iranian Revolutionary Guard Corps as follows:

| | |
|---|---|
| Estate of Siavash Bayani | $22,331,500 |
| Fatemah Bayani | $30,000,000 |
| Banafsheh Bayani | $7,000,000 |
| Babak Bayani | $7,000,000 |

It is further **ORDERED** that punitive damages are awarded against the Iranian Revolutionary Guard Corp in the amount of $400,000,000 to be divided evenly between each plaintiff.

_____/s/_____
Henry H. Kennedy, Jr.
United States District Judge