CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Estate of Siavash Bayani, et al.
_____
Plaintiff(s)

vs.

Civil Action No.: 04-1712 (HHK)

The Islamic Republic of Iran, et al.
_____
Defendant(s)

**RECEIVED**

MAY - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AFFIDAVIT REQUESTING FOREIGN MAILING**

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the: Judgment (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)    ☐  registered mail, return receipt requested
                   ☒  DHL

pursuant to the provisions of: (check one)
    ☐  FRCP 4(f)(2)(C)(ii)
    ☒  28 U.S.C. § 1608(a)(3) → (for the Islamic Republic of Iran)
    ☒  28 U.S.C. § 1608(b)(3)(B) → (for the Islamic Revolutionary Guard Corps and for the Iranian Ministry of Intelligence)

I certify that this method of service is authorized by the domestic law of (name of country): United States of America, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

U.S.D.C.D.C
Bar No. TX0024

Zohreh Mizrahi, Atty East #2680
2049 Century Park
Los Angeles, CA 90067
(Name and Address)