

**United States Department of State**

*Washington, D.C. 20520*

June 23, 2009

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RECEIVED
JUN 2 5 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

> Re: Bayani, et al. v. Islamic Republic of Iran, et al.,
> Case Number 04-01712 (HHK)

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of judgments and notices of default judgment pursuant to 28 U.S.C. 1608(a)(4) upon defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Revolutionary Guard Corps in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.

The documents were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes 1025-IE, 1026-IE and 1027-IE, each dated and delivered on April 6, 2009. I regret the delay in obtaining and transmitting the certified copies of the diplomatic notes. While service under 28 U.S.C. 1608(a)(4) is effective upon delivery of the diplomatic note, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Tehran.

I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of

the Head of the U.S. Interests Section at the Swiss Embassy in Tehran and the certification of the Vice Consul of the U.S. Embassy in Bern.

    Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                                  Sincerely,

                              William P. Fritzlen
                              Attorney Adviser
        Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:   Zohreh Mizrahi
       2049 Century Park East, Suite 2680
       Los Angeles, CA 90067

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland         )
Bern, Canton of Bern                 ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Brigitte DUMONT
(Typed name of Official who executed the annexed document)

_(signature)_
(Signature of Consular Officer)

Edward P. BIRSNER
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 20, 2009
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland        )
Bern, Canton of Bern                ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)


_____Edward P. BIRSNER_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


May 20, 2009
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland       )
Bern, Canton of Bern               ) SS:
Embassy of the United States of America )

I, Edward P. Birsner, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 17860 dated March 24, 2009, which was transmitted to the Swiss Ministry of Foreign Affairs on March 25, 2009 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

Edward P. BIRSNER
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 20, 2009
(Date)