UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAYANI, et al.<br><br>                    **Plaintiffs,**<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al.<br><br>                    **Defendants.** | No. 1:04-cv-01712-HHK |

**EMERGENCY MOTION FOR PERMISSION TO OBTAIN
APOSTILLED COPIES OF COURT DOCUMENTS**

Plaintiffs Fatemeh Bayani, individually and as personal representative of the Estate of Siavash Bayani, Babak Bayani, and Banafsheh Bayani (collectively, the "Bayanis"), by and through their attorneys, ask this Court for an Order directing the Clerk of Court to certify and apostille the documents identified below. In addition, the Bayanis ask the Court to expedite its review and approval of this application to obtain certified and apostilled copies of the document identified below.  The Bayanis believe they have identified assets owned by the Iranian government and/or instrumentalities thereof in one or more foreign countries and cannot begin enforcement proceedings until they file the certified and apostilled copies of the documents with the courts of the foreign country or countries.

In support of this Motion, Plaintiffs state as follows:

1. On December 28, 2007, the Court entered a judgment in favor of the Bayanis and against the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Revolutionary Guard Corp (collectively, "Iran").  ECF No. 60.  The Court awarded the

1

Bayanis compensatory damages in the amount of $66,331,500 and punitive damages in the amount of $400,000,000.  Id.

2.	The Court entered the Bayani Judgment after finding that Iran was responsible for extrajudicial detention, torture, and execution of Siavash Bayani, in violation of 28 U.S.C. § 1605(a)(7).  Memorandum and Opinion, dated December 28, 2007. ECF No. 60.

3.	The Bayanis are in the process of attempting to enforce the Bayani Judgment in various countries.  As part of the procedural requirements for domesticating and enforcing their judgment, some foreign countries require the Bayanis to file certified and apostilled copies of certain documents on this Court's docket.

4.	Plaintiffs intend to file certified and apostilled copies of the documents listed below in the courts of one or more foreign countries in order to domesticate the Bayani Judgment and execute on assets belonging to Iran in those countries.

5.	Clerks and Deputy Clerks of United States Courts are authorized to apostille documents filed on their Court's docket.  *See* Convention of 5 October 1961 Abolishing the Requirement of Legalization for Foreign Public Documents, Article 6.

6.	Accordingly, Plaintiffs ask the Court to direct the Clerk of Court to certify and apostille five copies of each of the following documents:

    a.	ECF No. 1 – Complaint, filed October 6, 2004;

    b.	ECF No. 2 – Return of Service/Affidavit, filed December 6, 2004;

    c.	ECF No. 5 – Return of Service/Affidavit, filed December 6, 2004;

    d.	ECF No. 6 – Return of Service/Affidavit, filed December 6, 2004;

    e.	ECF No. 15 – Entry of Default, filed February 4, 2005;

    f.	ECF No. 17 – Entry of Default, filed February 4, 2005;

g.      ECF No. 21 – Entry of Default, filed September 30, 2005;

h.      ECF No. 59 – Memorandum and Opinion, filed December 28, 2007;

i.      ECF No. 60 – Judgment, filed December 28, 2007;

j.      ECF No. 66 – Affidavit of Service, filed June 25, 2009.

7.      The Bayanis believe they have located assets belonging to the government of Iran and/or instrumentalities thereof in one or more foreign countries and therefore ask the Court to expedite the review and approval of this Motion.  The Bayanis cannot begin their effort to enforce the Bayanis Judgment until they file certified and apostilled copies of the documents.  Consequently, time is of the essence.

8.      All Defendants defaulted the Bayani Judgment was entered and are therefore not entitled to notice of this motion.  Fed. R. Civ. P. 5(a)(2).

9.      The Bayanis ask the Court to enter an Order authorizing the Clerk of the Court to certify and apostille five copies of each of the documents listed above.

Dated:  September 5, 2017

Respectfully,

/s/ Lee S. Wolosky
Lee S. Wolosky
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
lwolosky@bsfllp.com

/s/ Douglass A. Mitchell
Douglass A. Mitchell
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300
Fax: (702) 382-2755
Email: dmitchell@bsfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Emergency Motion for Permission to Obtain Apostilled Copies of Court Documents has been made through the Court's electronic transmission facilities this 5th day of September, 2017.

/s/ Douglass A. Mitchell
Douglass A. Mitchell (Bar No.:WI0029)
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101
Phone: (702) 382-7300
Fax: (702) 382-2755
Email: dmitchell@bsfllp.com